

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### 701 North Main Street, Suite 228
### HATTIESBURG, MISSISSIPPI 39401

**KEITH STARRETT**
**UNITED STATES DISTRICT JUDGE**

**601-583-4422**

July 24, 2008

RECEIVED
2008 AUG -1 A 10: 34
FINANCIAL DISCLOSURE OFFICE

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:      Corrections to 2007 Financial Disclosure Report

Dear Judge Smith:

Thank you for your letter of July 10, 2008. I am choosing to respond by letter and the amendments to my financial disclosure report are set out below.

Part VII, Line 134, should be amended to add: Column C-1 "J", Column C-2 "T".

Part VII, Page 5, Line 5 of the 2006 (prior year) reports Denbury Energy and Pruit Production. Line 5 is actually a continuation of Line 4, which reads, "Mineral Rights; Pike County, MS, Denbury Energy and Pruit Production." This income and asset was reported in the 2007 report in Part VII, Line 4 and no amendment is necessary.

Part VII, Page 11, Line 118 of the 2006 report listed the security "Enterprise Production Partners" and this security was omitted from my 2007 report. This is in error. The following addition should be made to my 2007 report.

An additional line "97-A" should be added as follows:

Column A      - "Enterprise Production Partners, LP"
Column B(1) - "A"
Column B(2) - "Dividend"
Column C(1) - "K"
Column C(2) - "T"
Column D(1) - "Partial Sell"
Column D(2) - "6/18/07"

Column D(3) - "K"
Column D(4) - "C"

Thank you for addressing the above described errors in my report and this letter should adequately amend the report to make it complete.



| 1. Person Reporting (last name, first, middle initial)<br><br>Starrett, Keith | 2. Court or Organization<br><br>U.S. District Court for the Southern Division of Mississippi | 3. Date of Report<br><br>04/24/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>701 N. Main Street<br>Suite 228<br>Hattiesburg, MS 39401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Director | M-J-K, Inc. (small █████ corporation) |
| 2. | Adjunct Professor | University of Southern Mississippi (Spring & Fall 2007) |
| 3. | Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 65 |
| 2. | | |
| 3. | | |

2008 MAY 15 P 7:12 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Southern Mississippi | $ 3,000.00 |
| 2. 2007 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $ 1,019.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi State Bar Assoc. | 7/11/2007 & 7/12/2007 | Sandestin, Florida | Speak to Mississippi Bar | 2 nights lodging & registration fee |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ott Family Partnership | Private Financing of Stock Purchase; 1st SW Corp. | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS | F | Rent | O | W | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | N | W | | | | | |
| 3. Rental Property No. 3; McComb, MS | E | Rent | N | W | | | | | |
| 4. Mineral Rts; Pike Co.,MS Denbury Energy & Pruit Production | E | Royalty | K | W | | | | | |
| 5. Oakhurst Associates LP | | None | J | W | | | | | |
| 6. Pike County National Bank | A | Interest | J | T | | | | | |
| 7. Pike County National Bank | A | Dividend | K | T | | | | | |
| 8. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 9. AmSouth Bank (now Regions) | A | Interest | K | T | | | | | |
| 10. Royalty Interests Fernwood Field; Pike Co., MS | A | Royalty | J | W | | | | | |
| 11. Timberland Walthall Co., MS; ▬▬▬ | C | Rent | P1 | W | | | | | |
| 12. Timberland Pike Co., MS ▬▬▬ | C | Rent | P1 | W | | | | | |
| 13. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 14. Oppenheimer Quest International Value Fund | A | Dividend | J | T | | 10/1 | J | A | ▬▬▬ |
| 15. Franklin Equity Income Fund | A | Dividend | J | T | | 10/1 | J | A | ▬▬▬ |
| 16. Franklin Rising Dividends Fund | A | Dividend | J | T | | 10/1 | J | A | ▬▬▬ |
| 17. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 19. by Independent Investment Advisors | F | Rent | P1 | W | | | | | |
| 20. Assets of Trust | | Interest | | | | | | | |
| 21. -SLIAX | | | | | | | | | |
| 22. -SLBAX | | | | | | | | | |
| 23. -ABALX | | | | | | | | | |
| 24. -Alexander & Baldwin | | | | | sell | 2-14 | J | B | |
| 25. -Cheesecake Factory | | | | | partial sell | 10-16 | J | D | |
| 26. -Cleveland Cliffs | | | | | sell | 1-18 | J | C | |
| 27. -Cree | | | | | partial sell | 7-9 | K | C | |
| 28. -EBAY | | | | | | | | | |
| 29. -KEF (Korean Equity Fund) | | | | | sell | 4-11 | J | A | |
| 30. -NCX (Nova Chemicals) | | | | | sell | 5-3 | J | | |
| 31. -PNRA (Panera Bread Company) | | | | | | | | | |
| 32. -PWER (Power One, Inc.) | | | | | | | | | |
| 33. -QCOM (Qual Comm., Inc.) | | | | | | | | | |
| 34. -SMTL (Semitool, Inc.) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Sun Microsystems | | | | | | | | | |
| 36. -SYNA (Synaptics, Inc.) | | | | | sell | 1-8 | J | B | |
| 37. -ILA (aquila, Inc.) | | | | | | | | | |
| 38. -MNT | | | | | | | | | |
| 39. -MIRKQ (Mirant) | | | | | | | | | |
| 40. -Greenbrier Co. | | | | | partial sell | 7-19 | J | A | |
| 41. -Schnitzer Steel Industries | | | | | | | | | |
| 42. -Xilinx Inc. | | | | | | | | | |
| 43. -Universal Stainless & Alloy | | | | | sell | 1-26 | J | C | |
| 44. -Martek Biosciences | | | | | sell | 12-19 | J | | |
| 45. -Pioneer Companies | | | | | sell | 5-25 | J | A | |
| 46. -Quadra Mining | | | | | partial sell | 7-18 | J | C | |
| 47. -Alliance Resource Partners | | | | | sell | 3-19 | J | | |
| 48. -Contl Airlines Cl B | | | | | | | | | |
| 49. -Frontera Copper | | | | | | | | | |
| 50. -Finisar Corporation | | | | | | | | | |
| 51. -Sigma Designs | | | | | partial sell | 10-24 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Zinifex | | | | | | | | | |
| 53. -Century Aluminum | | | | | | | | | |
| 54. -XM Satellite Radio | | | | | | | | | |
| 55. -Zoran Corp. | | | | | sell | 12-6 | J | B | |
| 56. -Anadigics, Inc. | | | | | | | | | |
| 57. -Valeant Pharmaceuticals Inc. | | | | | | | | | |
| 58. -Rowan Companies | | | | | | | | | |
| 59. -Microvision Warrants | | | | | sell | 6-8 | J | B | |
| 60. -Ikanos Communications | | | | | sell | 5-16 | J | | |
| 61. -Penn Treaty American CP | | | | | sell | 8-29 | J | | |
| 62. -Lanoptics LTD | | | | | | | | | |
| 63. -Armor Holdings | | | | | buy | 1-08 | J | | |
| 64. -Armor Holdings | | | | | sell | 2-21 | J | A | |
| 65. -Midwest Air | | | | | buy | 1-26 | J | | |
| 66. -Midwest Air | | | | | sell | 6-20 | J | A | |
| 67. -Southern Copper | | | | | buy | 1-18 | J | | |
| 68. -Southern Copper | | | | | partial sell | 6-25 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Semitool, Inc. | | | | | buy | 1-16 | J | | |
| 70. -Hercules Offshore | | | | | buy | 2-16 | J | | |
| 71. -Patterson Energy | | | | | buy | 2-27 | J | | |
| 72. -Micron Tech | | | | | buy | 3-2 | J | | |
| 73. -Tata Motors | | | | | buy | 3-6 | J | | |
| 74. -Blue Pearl Mining | | | | | buy | 3-20 | J | | |
| 75. -Blue Pearl Mining name chg - Thompson Creek | | | | | reorganize | 5-15 | | | |
| 76. -Netlogic | | | | | buy | 5-16 | J | | |
| 77. -Carmax | | | | | buy | 5-25 | J | | |
| 78. -Aditya Birla Minerals | | | | | buy | 6-13 | J | | |
| 79. -First Nickel | | | | | buy | 7-12 | J | | |
| 80. -Laboratory Corp of America | | | | | buy | 7-27 | J | | |
| 81. -Perilya Ltd. | | | | | buy | 8-30 | J | | |
| 82. -Commercial Metals Co. | | | | | buy | 9-4- | J | | |
| 83. -Liberty Mines | | | | | buy | 9-18 | J | | |
| 84. -Perilya Ltd. | | | | | buy | 10-5 | J | | |
| 85. -Invernia Inc. | | | | | buy | 10-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Anadigive Inc. | | | | | buy | 10-25 | J | | |
| 87.   -Diana Shipping | | | | | buy | 11-13 | J | | |
| 88.   -Cleveland Cliffs | | | | | buy | 11-19 | J | | |
| 89.   -Intel Corp. | | | | | buy | 12-6 | J | | |
| 90.   -Annunity Purchased General Electric Credit Corp. | | | | | | | | | |
| 91.   -Timbreland Copiah Co., MS | | | | | | | | | |
| 92.   -Timberland Attala Co., MS | | | | | Buy | 5-15 | N | | |
| 93.   -Promissory Note Bolian | | | | | | | | | |
| 94.   -Pike County Nataional Bank Common Stock | | | | | | | | | |
| 95.   -Guardian Life Insurance Policies | | | | | | | | | |
| 96.   -C.D. at St. Bank & Trust | | | | | | | | | |
| 97.   Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 98.   Decisions made by Independent Advisors | | | | | | | | | |
| 99.   Alexander & Baldwin, Inc. | A | Dividend | | | sell | 2-27 | J | D | |
| 100.  Allied Cap Corp New | A | Dividend | | | sell | 12-20 | K | | |
| 101.  Aquila, Inc. | | None | | | sell | 5-2 | J | | |
| 102.  Taiwan Semiconductor | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Cleveland Cliffs, Inc. | | None | | | sell | 1-19 | L | E | |
| 104. Ebay | | None | J | T | | | | | |
| 105. Emerson Electric Co (M) | A | Dividend | K | T | | | | | |
| 106. Hancock John Tax Advn FD (M) | A | Dividend | J | T | | | | | |
| 107. I Flow Corp (M) | | None | J | T | | | | | |
| 108. Martek Biosciences Corp (M) | | None | | | sell | 1-2 | J | B | |
| 109. Medtronic Inc. (M) | | None | J | T | | | | | |
| 110. Natl Semiconductor Corp (M) | A | Dividend | K | T | partial sell | 6-8 | K | D | |
| 111. Pioneer Natural Res Co (M) | A | Dividend | | | sell | 7-10 | K | E | |
| 112. Qualcomm Inc (M) | A | Dividend | L | T | | | | | |
| 113. Helix corporation | | None | J | T | merger | 7-20 | J | D | |
| 114. Schnitzer Stl Inds Cl A (M) | A | Dividend | J | T | | | | | |
| 115. Service Master Company (M) | A | Dividend | | | sold | 3-6 | J | C | |
| 116. Universal Stain & Alloy (M) | | None | | | sold | 1-26 | K | D | |
| 117. Alliance Res Partners LP (M) | A | Dividend | | | sold | 3-7 | J | | |
| 118. American Mold Guard | | None | | | sell | 12-20 | J | | |
| 119. Quadra Mining | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Mold Guard WTS | | None | | | sell | 12-20 | J | | |
| 121. Microvision | | None | J | T | | | | | |
| 122. Microvision Warrants | | None | | | sell | 6-29 | J | D | |
| 123. Freightcar America | A | Dividend | | | sell | 12-20 | J | | |
| 124. Best Buy Company | | None | J | T | | | | | |
| 125. Carmax, Inc. | | None | | | sell | 12-20 | J | | |
| 126. Anadigics, Inc. | | None | J | T | | | | | |
| 127. Panera Bread Company | | None | | | sell | 12-20 | J | | |
| 128. Ikanos Communications | | None | | | sell | 6-15 | J | | |
| 129. Terra Nitrogen | A | Dividend | | | buy | 2-9 | J | | |
| 130. Terra Nitrogen | A | Dividend | | | sell | 4-24 | K | D | |
| 131. Terra Industries | | None | | | buy | 6-19 | J | | |
| 132. Terra Industries | | None | | | sell | 7-17 | J | C | |
| 133. Sigma Designs | | None | | | buy | 2-2 | J | | |
| 134. Sigma Designs | | None | | | partial sell | 10-24 | K | D | |
| 135. First Nickel, Inc. | | None | | | buy | 6-22 | J | | |
| 136. First Nickel, Inc. | | None | | | sell | 12-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Southern Copper | A | Dividend | K | T | buy | 1-17 | J | | |
| 138. Zinifex Ltd. | B | Dividend | K | T | buy | 2-12 | K | | |
| 139. Herceules Offshore | | None | J | T | buy | 3-19 | J | | |
| 140. Continental Airlines | | None | J | T | buy | 3-30 | J | | |
| 141. Rowan Companies | A | Dividend | J | T | buy | 4-16 | J | | |
| 142. Lanoptics Ltd. | | None | K | T | buy | 7-6 | J | | |
| 143. Bronco Drilling Co. | | None | J | T | buy | 7-20 | K | | |
| 144. Caterpillar, Inc. | A | Dividend | J | T | buy | 7-20 | J | | |
| 145. Laboratory Corp of America | | None | J | T | buy | 7-27 | J | | |
| 146. Bank of America | A | Dividend | J | T | buy | 7-27 | J | | |
| 147. Boeing, Inc. | A | Dividend | J | T | buy | 8-21 | J | | |
| 148. Commercial Metals | A | Dividend | J | T | buy | 9-4 | J | | |
| 149. Perilyn Ltd. | | None | J | T | buy | 11-7 | J | | |
| 150. Semitool, Inc. | | None | J | T | buy | 11-8 | J | | |
| 151. Intel Corp. | | None | J | T | buy | 12-6 | J | | |
| 152. Frontera Copper | | None | J | T | buy | 12-20 | K | | |
| 153. Manpower, Inc. | | None | J | T | buy | 12-26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IRA #1 All investment decisions made by independent | | | | | | | | | |
| 155. Investment Advisors. Held by Charles Schwab | E | Int./Div. | O | T | | | | | |
| 156. -Cleveland Cliffs | | | | | sell | 1-19 | K | E | |
| 157. -Bristol Myers Squibb | | | | | sell | 5-25 | J | B | |
| 158. -Bristol Myers Squibb | | | | | sell | 3-8 | J | A | |
| 159. -Taiwan Semiconductor | | | | | partial sell | 7-10 | J | | |
| 160. -Exxex Corp | | | | | sell | 2-10 | J | A | |
| 161. -Breakwater Rosources Ltd. new | | | | | partial sell | 7-5 | K | E | |
| 162. -Oilgear Co. | | | | | sell | 12-20 | J | | |
| 163. -Turbochef Technologies | | | | | sell | 12-20 | J | | |
| 164. -Energy Conversion Devices | | | | | | | | | |
| 165. -Ikanos Communications | | | | | sell | 5-16 | J | | |
| 166. -Sigma Designs | | | | | partial sell | 1-24 | K | D | |
| 167. -Koppers Holdings | | | | | sell | 12-20 | J | A | |
| 168. -Comfort Systems | | | | | sell | 10-1 | J | A | |
| 169. -AK Steel Holding | | | | | sell | 2-21 | K | E | |
| 170. -Milacron Inc. | | | | | sell | 12-20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Quadra Mining | | | | | | | | | |
| 172.  -Contl Airlines Cl B | | | | | | | | | |
| 173.  -Sonic Restaurants | | | | | sell | 12-2- | J | A | |
| 174.  -Zinifex, LTD | | | | | | | | | |
| 175.  -XM Satellite Radio (XMSR) | | | | | | | | | |
| 176.  -Sigma Designs | | | | | | | | | |
| 177.  -Panera Bread Company | | | | | | | | | |
| 178.  -Ikanos Communications | | | | | sell | 5-16 | J | | |
| 179.  -Greenbrier Co | | | | | partial sell | 7-19 | J | A | |
| 180.  -Century Aluminum | | | | | buy | 11-1 | J | | |
| 181.  -Zoran Corp | | | | | sell | 12-6 | J | C | |
| 182.  -Anadigics, Inc. | | | | | | | | | |
| 183.  -Valeant Pharmaceuticals, Inc. | | | | | | | | | |
| 184.  -Rowan Companies | | | | | | | | | |
| 185.  -Midwest Airgoup, Inc. | | | | | sell | 6-20 | J | B | |
| 186.  -Penn Treaty American CP | | | | | sell | 8-29 | J | | |
| 187.  -Amgen | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Bancroft Convertible Fund | | | | | | | | | |
| 189.  -Bristol Myers Squibb | | | | | sell | 3-8 | J | A | |
| 190.  -Broadwing | | | | | sell | 12-20 | J | | |
| 191.  -Cheesecale Factory | | | | | | | | | |
| 192.  -Cree Research | | | | | | | | | |
| 193.  -Ebay, Inc. | | | | | | | | | |
| 194.  -Emerson Electric | | | | | | | | | |
| 195.  -FCS | | | | | sell | 12-20 | J | | |
| 196.  -Home Depot | | | | | sell | 12-20 | J | C | |
| 197.  -IFLO | | | | | | | | | |
| 198.  -Korea Equity Fund | | | | | sell | 2-12 | J | A | |
| 199.  -American Technology Corp. See Note #9 | | | | | sell | 12-20 | J | | |
| 200.  -Amazon.com | | | | | sell | 5-6 | J | B | |
| 201.  -Alexander & Baldwin | | | | | sell | 2-14 | J | A | |
| 202.  -Altera Corp. | | | | | | | | | |
| 203.  -Altair Nanotechnologies | | | | | | | | | |
| 204.  -Lanoptics | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Martek Bioscience | | | | | sell | 12-19 | J | | |
| 206. -Microvision | | | | | | | | | |
| 207. -National Semiconductor | | | | | | | | | |
| 208. -Nova Chemicals | | | | | sell | 5-3 | J | A | |
| 209. -P F Changs Bistro | | | | | | | | | |
| 210. -Pfizer | | | | | | | | | |
| 211. -Power One | | | | | | | | | |
| 212. -Qualcomm | | | | | | | | | |
| 213. -Schnifzer Steel | | | | | | | | | |
| 214. -Semitool Inc. | | | | | | | | | |
| 215. -Sun Microsystems | | | | | | | | | |
| 216. -Synaptics, Inc. | | | | | | | | | |
| 217. -Xilinix, Inc. | | | | | | | | | |
| 218. -Alliance Resource Partners | | | | | sell | 3-19 | J | B | |
| 219. -Ebay | | | | | | | | | |
| 220. -Greenbrier Co. | | | | | | | | | |
| 221. -Massey Energy | | | | | sell | 11-6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -AK Steel Holding | | | | | sell | 1-18 | J | D | |
| 223. -Lanoptics Ltd. | | | | | | | | | |
| 224. -Cleveland Cliffs | | | | | sell | 1-18 | J | D | |
| 225. -Bristol Myers Squibb | | | | | | | | | |
| 226. IRA #2 All investment decisions made by independent | | | | | | | | | |
| 227. Investment Advisors | C | Dividend | K | T | | | | | |
| 228. -Allied Capitol | | | | | | | | | |
| 229. --Lyondell chemical | | | | | sell | 2-1 | J | B | |
| 230. -Schnitzer Steel | | | | | | | | | |
| 231. -Sun Microsystems | | | | | | | | | |
| 232. -Armor Holdings | | | | | buy | 1-8 | J | | |
| 233. -Armor Holdings | | | | | sell | 2-21 | J | B | |
| 234. -Southern Copper | | | | | buy | 1-18 | J | | |
| 235. -Southern Copper | | | | | sell | 6-25 | J | C | |
| 236. -BJ's Restaurants Inc. | | | | | buy | 2-15 | J | | |
| 237. -BJ's Restaurants, Inc. | | | | | sell | 8-29 | J | A | |
| 238. -Pera Copper | | | | | buy | 6-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Pera Copper | | | | | sell | 8-29 | J | A | |
| 240. -Terra Nitrogen | | | | | buy | 2-9 | J | | |
| 241. -Terra Nitrogen | | | | | sell | 4-5 | J | A | |
| 242. -Terra Int. | | | | | buy | 6-19 | J | | |
| 243. -Terra Int. | | | | | sell | 7-17 | J | A | |
| 244. -Southern Copper | | | | | buy | 1-11 | J | | |
| 245. -Southern Copper | | | | | sell | 7-19 | J | B | |
| 246. -Servicemaster | | | | | sell | 3-6 | J | A | |
| 247. -Gerdau Ameristell | | | | | sell | 2-7 | J | A | |
| 248. -AK Steeling Holding | | | | | sell | 2-1 | J | A | |
| 249. -Lanoptics Ltd | | | | | | | | | |
| 250. -Terra Nitrogen | | | | | buy | 2-9 | J | | |
| 251. -Terra Nitrogen | | | | | sell | 4-5 | J | A | |
| 252. -Terra Int | | | | | buy | 6-14 | J | | |
| 253. -Terra Int | | | | | sell | 7-17 | J | A | |
| 254. -Southern Copper | | | | | buy | 1-11 | J | | |
| 255. -Southern Copper | | | | | sell | 7-19 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Rowan Companies | | | | | buy | 4-16 | J | | |
| 257. -Continental Airlines | | | | | buy | 6-20 | J | | |
| 258. -Anadigics | | | | | buy | 6-27 | J | | |
| 259. -Laboratory Corp of Am | | | | | buy | 7-27 | J | | |
| 260. -Bank of America | | | | | buy | 7-27 | J | | |
| 261. -Boeing, Inc. | | | | | buy | 8-21 | J | | |
| 262. -Perilyn, Inc. | | | | | buy | 11-7 | J | | |
| 263. -Intel Corp | | | | | buy | 12-6 | J | | |
| 264. -Diana Shipping | | | | | buy | 12-12 | J | | |
| 265. -Manpower, Inc. | | | | | buy | 12-26 | J | | |
| 266. Other assets owned individually by Keith Starrett | | | | | | | | | |
| 267. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 268. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 269. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 270. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 271. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 272. Mineral Rights, Pike County., MS | A | Rent | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 274. Timberland Lincoln Co., MS | | None | L | W | | | | | |
| 275. 401 K Plan Deferred Comp State of MS * Note - this acct. has | | | | | | | | | |
| 276. been rolled over into IRA account | D | Dividend | M | T | | | | | |
| 277. -T. Rowe Price International Stock Fund | | | | | sell | 7-10 | J | A | |
| 278. -Boston C. Premier Value Eq Dailey | | | | | sell | 7-10 | J | A | |
| 279. -Fayez Sarofin Fund | | | | | sell | 7-10 | J | A | |
| 280. -ING VP Growth & Income Port-R | | | | | sell | 7-10 | J | A | |
| 281. -Barclay Int Govt; Credit Bnd Index Fund | | | | | sell | 7-10 | J | A | |
| 282. -Fidelity Small Cap Stock Fund | | | | | sell | 7-10 | J | A | |
| 283. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 284. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 285. Note and Mortgage Receivable (Allred) | E | Interest | K | W | | | | | |
| 286. Note and Mortgage Receivable (Ming) | C | Interest | K | T | | | | | |
| 287. Note and Mortgage Receivable (Adams) | A | Interest | J | W | | | | | |
| 288. Assets of M-J-K, Inc., wholly owned by Keith Starrett | D | Int./Div. | L | T | | | | | |
| 289. Note and Mortgage Receivable (Parsons) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. ILA | | None | J | T | | | | | |
| 291. FSLB | | None | | | redemption | 1-18 | J | A | |
| 292. Mirant Corp | | None | J | T | | | | | |
| 293. Motorola, Inc. | | None | | | sell | 6-1 | J | | |
| 294. Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 295. Helix Corporation | | None | J | T | | | | | |
| 296. Mirant Warrants | | None | J | T | | | | | |
| 297. Commercial Lot, Hattiesburg, MS | | None | | | sell | 1-1 | K | D | Clark Hicks & Grant Bennet |
| 298. Other Assets Owned Individually by Keith Starrett | | None | | | | | | | |
| 299. Charles Schwab Personal Account # 2 | A | Interest | L | T | | | | | |
| 300. CD at The First Bank | C | Interest | | | redemption | 6-27 | L | | |
| 301. CD at AmSouth Bank (now Regions Bank) | C | Interest | | | redemption | 12-17 | L | | |
| 302. CD at American Comm Bank (x) | A | Interest | J | T | matured | 12-17 | J | | |
| 303. CD at Comm BAnk AR (x) | A | Interest | J | T | matured | 11-27 | J | | |
| 304. CD at Peoples Bank (x) | A | Interest | J | T | matured | 9-7 | J | | |
| 305. CD at Town North Bank (x) | A | Interest | J | T | matured | 12-27 | J | | |
| 306. CD at Washington Mu (x) | A | Interest | J | T | matured | 11-9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Starrett, Keith | 04/24/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. CD at Washington Mu (x) | B | Interest | J | T | matured | 11-2 | J | | |
| 308. CD at Washington Mu (x) | A | Interest | K | T | matured | 11-2 | J | | |
| 309. CD at CB&T of GA (x) | A | Interest | J | T | matured | 12-21 | J | | |
| 310. CD at Rainier Pacific (x) | A | Interest | K | T | | | | | |
| 311. CD at Compass Bank (x) | A | Interest | K | T | matured | 1-8 | K | | |
| 312. CD at Bank Hapoalin (x) | A | Interest | K | T | matured | 10-19 | K | | |
| 313. CD at Republic 1st (x) | A | Interest | K | T | matured | 11-23 | K | | |
| 314. CD at Republic 1st (x) | A | Interest | L | T | matured | 12-24 | L | | |
| 315. CD at China Trust (x) | A | Interest | L | T | matured | 11-30 | L | | |
| 316. CD at Morgan Stanley Bank | A | Interest | | | redemption | 11-30 | K | | |
| 317. CD at Washington Mutual BAnk | A | Interest | | | redemption | 11-30 | J | | |
| 318. CD at Plains Capital Bank | A | Interest | | | redemption | 11-30 | K | | |
| 319. CD at Washington Mutual Bank | A | Interest | | | redemption | 11-30 | K | | |
| 320. CD at Washington Mutual Bank | A | Interest | | | redemption | 11-30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 04/24/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note From 2006 Report:

1. VII. Line 221 - IRA #2 merged with IRA #1 for 2007.
2. VII. Line 277 - This was for purchase of 1st SW Corp. Stock. This was combined on other 1st SW Corp. stock and sold.

Note For 2007 Report:

1. VII. Line 276 - 401 K was rolled over into IRA #1. All assets sold and cash only transferred.

2. VII. Line 226 - IRA #2 was IRA #3 in 2006 Report. This is IRA of ████.

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544